MICHAEL K. BRISBIN (SBN: 169495)
Email:  michael.brisbin@wilsonelser.com
LISA SILVA PASSALACQUA (SBN 161990)
Email: lisa.passalacqua@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>HOWARD H. NGO,<br><br>　　　　　Defendant. | Case No.  5:14-cv-02613 PSG<br><br>[~~PROPOSED~~] **ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT HOWARD NGO**<br><br>**FRCP Rule 41(a)(2)** |
|---|---|

　　　　The Court having considered Plaintiff American General Life Insurance Company's request, finds that good cause appears for its request because:

　　　　(1)　　No Defendant has answered the Complaint;

　　　　(2)　　Defendant Ngo returned an executed and notarized Voluntary Rescission Agreement dated June 16, 2014, wherein he agreed to the rescission of American General Life Insurance policy number YME1229470.

　　　　(3)　　American General accepted the executed and notarized Voluntary Rescission Agreement from Defendant Ngo, and;

(4) In exchange for the executed and notarized Voluntary Rescission Agreement, American General agrees to dismiss its lawsuit with prejudice, each side to bear its own costs and fees.

**NOW, THEREFORE**, the above captioned action and all related claims and/or cross-actions, are hereby dismissed with prejudice, each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: 7/1/2014

_____
**HONORABLE PAUL SINGH GREWAL**
UNITED STATES MAGISTRATE JUDGE

2

**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT HOWARD NGO**
**Case No.: CV14-02613 PSG**

1233437v.1